

NUMBER 13-14-00525-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CODY JOHN HICKS,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                    **Appellee.**

---

### On Appeal from the County Court at Law No. 2
### of Victoria County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Memorandum Opinion Per Curiam

On March 16, 2015, the appeal was abated because appellant's counsel had not filed a brief. Counsel for appellant has filed a motion to withdraw and dismiss the appeal. In a signed affidavit attached to the motion, appellant states that he wants the Court to grant the motion to dismiss the appeal and allow the conviction to become final. This appeal is hereby REINSTATED.

We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of May, 2015.

2